IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 10-cv-598-JPG |
| v. ) | |
| ) | |
| BILLIE AND WILBERT EHLERS ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Auto Owners Insurance Company for default judgment (Doc. 12) pursuant to Federal Rule of Civil Procedure 55(b). This motion is premature in light of the fact that the Clerk of Court has not entered default pursuant to Federal Rule of Civil Procedure 55(a) against the defendants for whom default judgment is sought. Only after default has been entered pursuant to Rule 55(a) against a party is a default judgment under Rule 55(b) appropriate. For this reason, the Court **DENIES without prejudice** the plaintiff's Motion for Default Judgment (Doc. 12).

**SO ORDERED.**

**February 15, 2011**　　　　　　　　　　s/ J. Phil Gilbert
**Date**　　　　　　　　　　　　　　　　**J. Phil Gilbert**
　　　　　　　　　　　　　　　　　　　**United States District Judge**