IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| AUTO-OWNERS INSURANCE COMPANY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 10-CV-598-JPG-PMF |
| v. | ) | |
| | ) | |
| BILLIE AND WILBERT EHLERS | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff Auto-Owners Insurance Company and against defendants Billie and Wilbert Ehlers;

IT IS FURTHER DECLARED that

Plaintiff Auto-Owners Insurance Company does not owe any benefits under Policy No. 43-855-288-00 relating to an accident involving defendant Billie Ehlers on November 8, 2004.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/DeborahAgans, Deputy Clerk**

**Date: March 4, 2011**

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**